**ROMERIL APPRAISAL GROUP, IN-CORPORATED; Jean Romeril, Plaintiffs–Appellants,**

v.

**STEVENS REAL ESTATE, INCORPO-RATED, d/b/a Coldwell Banker Stevens Realtors; Anthony Giglio; Daniel Bowes; Lisa Yarnell–Krauss, Defendants–Appellees,**

**and**

**Prince William Association of Realtors, Incorporated; Thomas Morcom; Willard Galbraith, Defendants.**

No. 00–2490.

United States Court of Appeals, Fourth Circuit.

Submitted July 31, 2001.

Decided Sept. 10, 2001.

Thomas O. Mason, Rachel L. Smith, Williams, Mullen, Clark & Dobbins, Mc-Lean, VA; James S. DelSordo, Manassas, VA, for appellants. Douglas M. Coleman, David S. Panzer, Carter & Coleman, Alexandria, VA, for appellees.

Before WILKINS and MICHAEL, Circuit Judges, and KEELEY, Chief United States District Judge for the Northern District of West Virginia, sitting by designation.

PER CURIAM.

Romeril Appraisal Group Inc. and Jean Romeril appeal the district court's orders dismissing their civil action pursuant to Fed.R.Civ.P. 12(b)(6), denying their Motion to Reconsider filed pursuant to Fed. R.Civ.P. 59(e), and denying their Motion for Leave to Amend filed in conjunction with the Motion to Reconsider. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Romeril Appraisal Group, Inc. v. Stevens Real Estate, Inc.,* No. CA–00–627–A (E.D.Va. Oct. 12, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*